**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
**HONORABLE MICHAEL E. ROMERO**

| | | |
|---|---|---|
| **In re:** | ) | **Case No. 13-28778 MER** |
| | ) | |
| **ELIOT K WILSON,** | ) | **Chapter 7** |
| | ) | |
| | ) | |
| **Debtor.** | ) | |

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

It appearing to the court that the original dividend check issued in the above mentioned case to LVNV FUNDING, ITS in the amount of $390.77, was not cashed or was returned as undeliverable.

Upon the request for release of unclaimed funds filed by Dilks & Knopik, LLC, on behalf of Resurgent Capital Services LP as servicer for LVNV Funding, ITS, the court has determined that sufficient evidence has been presented and therefore, it is

ORDERED that, pursuant to 28 USC § 2042, the $390.77 heretofore placed in the Unclaimed/Undistributed Funds account of the US Treasury, be disbursed to Resurgent Capital Services LP in care of Dilks & Knopik, LLC.

Dated: January 18, 2017

BY THE COURT:

[signature]

BANKRUPTCY JUDGE