UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MICHAEL E. ROMERO

| | | |
|---|---|---|
| In re: | ) | Case No. 85-02815 CEM/MER |
| | ) | |
| 24 HOUR NAUTILUS, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |

### ORDER FOR PAYMENT OF UNCLAIMED FUNDS

It appearing to the court that the original dividend check issued in the above mentioned case to Lawrence D. Thurston in the amount of $985.03, was not cashed or was returned as undeliverable.

Upon the request for release of unclaimed funds filed by Dilks & Knopik, LLC, on behalf of Lawrence D. Thurston, the court has determined that sufficient evidence has been presented and therefore, it is

ORDERED that, pursuant to 28 USC § 2042, the $985.03 heretofore placed in the Unclaimed/Undistributed Funds account of the US Treasury, be disbursed to Lawrence D. Thurston in care of Dilks & Knopik, LLC.

Dated: *January 18, 2017*

BY THE COURT:

_____
BANKRUPTCY JUDGE